No. 77–416.  GARDNER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–425.  GIBSON, SHERIFF *v.* SMALL.  C. A. 4th Cir. Certiorari denied.

No. 77–429.  FRY ET UX. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–431.  LEWIS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–458.  WARD *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 77–470.  CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION No. 391 *v.* PILOT FREIGHT CARRIERS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–473.  DISTRICT No. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS *v.* SCHULTZ ET AL. C. A. 7th Cir.  Certiorari denied.

No. 77–474.  JEFFERSON PARISH SCHOOL BOARD *v.* CITY PARK IMPROVEMENT ASSN. ET AL.  Ct. App. La., 4th Cir. Certiorari denied.

No. 77–478.  PENNSYLVANIA ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir., No. 76–2153. Certiorari denied.

No. 77–480.  LOCAL 259, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–484.  COCHRAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–486.  McCORKLE *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.